649 A.2d 624

IN THE MATTER OF JEFFREY P. RUDDY, AN ATTORNEY AT LAW.

November 28, 1994.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that JEFFREY P. RUDDY of NEWARK, who was admitted to the bar of this State in 1967, and who was suspended from the practice of law for a period of two years, effective October 16, 1992, by Order of this Court dated September 22, 1992, be restored to the practice of law, effective immediately.